# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLIE DENSON,** : | |
| o/b/o J.M., : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | CIVIL ACTION 10-0013-CG-M |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **Commission of Social Security,** : | |
| : | |
| **Defendant.** : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** for Plaintiff's failure to prosecute this action and obey the Orders of the Court.

**DONE and ORDERED** this 30th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE